Mike Ercegovac, attorney in fact for Manda Benakovics, plaintiff-appellee, v. Bernatt Popovics, defendant-appellant. Gen. No. 33,141.

Opinion filed April 17, 1929.

McElroy, Rollo, Ehrhardt & Quigley, for appellant; Walter T. Quigley, of counsel. Paul R. Skala, for appellee; Clyde C. Fisher, of counsel.

Mr. Justice Wilson delivered the opinion of the court.